No. 85–5754. BRYANT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–5758. OKELLO v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 85–5770. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5772. DAVIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–5773. DERKSEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 85–5795. YELLEN v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 84–750. EASTERN AIR LINES, INC. v. WINBOURNE. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.